```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 21481
   JUANITA WILLIAMS
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-2148


-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 08/15/08 .

     2.  The case was dismissed without confirmation, 12/05/2008.

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                  PAID             PAID
-------------------------------------------------------------------------------
3 STAR AUTO SALES INC      SECURED VEHIC            .00             .00              .00
INTERNAL REVENUE SERVICE   PRIORITY          NOT FILED              .00              .00
ERIE INSURANCE GROUP       UNSECURED         NOT FILED              .00              .00
US CELLULAR                UNSECURED         NOT FILED              .00              .00
ALLIANCE ONE               UNSECURED         NOT FILED              .00              .00
ADEX ASSET                 UNSECURED         NOT FILED              .00              .00
HARVARD COLLECTION SERVI   UNSECURED         NOT FILED              .00              .00
ASSET ACCEPTANCE CORP      UNSECURED         NOT FILED              .00              .00
ASSET ACCEPTANCE CORP      UNSECURED         NOT FILED              .00              .00
AT&T MOBILITY LLC          UNSECURED         NOT FILED              .00              .00
CAVALRY SPV II LLC         UNSECURED         NOT FILED              .00              .00
CBE GROUP                  UNSECURED         NOT FILED              .00              .00
SACRED HEART HOSPITAL      UNSECURED         NOT FILED              .00              .00
GENERAL SERVICE BUREAU,    UNSECURED         NOT FILED              .00              .00
JEWEL                      UNSECURED         NOT FILED              .00              .00
IC SYSTEMS                 UNSECURED         NOT FILED              .00              .00
ILLINOIS COLLECTION SERV   UNSECURED         NOT FILED              .00              .00
CERTIFIED RECOVERY         UNSECURED         NOT FILED              .00              .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED              .00              .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED              .00              .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT       INTEREST         PRINCIPAL
                                                                  PAID             PAID

FINANCIAL RECOVERIES INC   UNSECURED         NOT FILED              .00              .00
NATIONAL RECOVERY AGENCY   UNSECURED         NOT FILED              .00              .00
NATIONAL RECOVERY AGENCY   UNSECURED         NOT FILED              .00              .00
NCO FINANCIAL SYSTEMS      UNSECURED         NOT FILED              .00              .00
TOYOTA MOTOR CREDIT CORP   UNSECURED         NOT FILED              .00              .00
TCF BANK                   UNSECURED         NOT FILED              .00              .00
COMED                      UNSECURED         NOT FILED              .00              .00
COOK COUNTY CIRCUIT        UNSECURED         NOT FILED              .00              .00
COOK COUNTY CIRCUIT        UNSECURED         NOT FILED              .00              .00
           Summary of disbursements:
-------------------------------------------------------------------------------
```

```
                       SECURED      PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00           .00          .00           .00           .00
PRINCIPAL PAID             .00           .00          .00           .00           .00
INTEREST PAID              .00           .00          .00           .00           .00
TOTAL PAID                 .00           .00          .00           .00           .00
```

The Debtor's attorney, PRO SE DEBTOR                    , was allowed $        .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/13/09                    /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 08 B 21481 JUANITA WILLIAMS